# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA

MARION WADE FRYE #375354

Plaintiff,

V.

The South Carolina Department of Corrections individually and Officially; Director Bryan Sterling individually and Officially; Warden Kenneth Nelson individually and Officially; Correctional Officer Randy Ward; Correctional Officer Franklin Miller individually and Officially; Contraband Correctional Officer DeGroffs individually and Officially; Correctional Officer Maddox individually and Officially; Department of Mental Health/Behavioral Health Services individually and Officially; Mental Health Officer Sholanda Jackson individually and Officially; Mental Health Officer Hughes individually and Officially; Qualified Mental Health Personnel Thomas individually and Officially; Qualified Mental Health Personnel Foury individually and Officially; Qualified Mental Health Personnel Tolsen individually and Officially; The South Carolina Department of Medical Services individually and Officially; License Physician Bruce Lobitz individually and Officially; Nurse Viola Thorton individually and Officially; Nurse Massey individually and Officially; Nurse Harris individually and Officially; The South Carolina Department of Labor, Licensing, and Regulation, State Board of Medical Examiners individually and Officially;

C/A No.: 5:24-1893-Jo-KDW

ORDER AND NOTICE

AMENDED COMPLAINT

p.#1

| | |
|---|---|
| The South Carolina Department of Labor, Licensing, and Regulation, State Board of Medical Examiners, Board Executive, Jessica Beise, individually and Offically; | C/A No.: 5:24-1893-JD-KDW<br><br>ORDER and NOTICE |
| PRISMA Health Hospital, individually and offically; | |
| PRISMA Health Hospital Sergeons, Servants, and Employees, John Does 1-5 individually and officially; | |
| IMAGE CARE, LLC. Officially and Individually; | |
| IMAGE CARE, LLC., Radiologist, Employees, and Servants, John Does 1-5, individually and Officially               Defendants | |

p.#2

## 1. (A) THE PLAINTIFF

Name: Marion Wade Frye, (Plaintiff),
ID Number: #375354
Current Institution: Currently as of May 14th, 2024

I, Marion Wade Frye, #375354 (Plaintiff), am Proceeding Pro Se, and am a transgender Inmate under the Care, Custody, and Control of the South Carolina Department of Corrections, housed at TYGER River Correctional Institution
200 Prison Road
EnorEE, South Carolina 29335

## 1. (B) The Defendants

Defendant No. 1
The South Carolina Department of Corrections
Address: 4444 Broad River Road
Columbia, SC 29210
Individual and Official Capacity, Both

p. #3

1.(B)

<u>Defendant No. 2</u>

Bryan Sterling
Director of the South Carolina Department of Corrections
The South Carolina Department of Corrections
4444 Broad River Road
Columbia, SC 29210
Both Individual and Official Capacity

<u>Defendant No. 3</u>

Kenneth Nelson
Warden
The South Carolina Department of Corrections
4460 Broad River Road
Columbia, South Carolina 29210

<u>Alternate address</u>: 4444 Broad River Road
Columbia, SC 29210
Both individual and Official Capacity

<u>Defendant No. 4</u>

Randy Ward
The South Carolina Department of Corrections
STG / Security Correctional Officer
The South Carolina Department of Corrections
4460 Broad River Road
Columbia, South Carolina 29210
Alternate Address: 4444 Broad River Road
Columbia, South Carolina 29210
Both individual and Official Capacity

p. #4

1.(B)

<u>Defendant No. 5</u>
Franklin Miller
Correctional Officer
The South Carolina Department of Corrections
4460 Broad River Road
Columbia, South Carolina 29210
    <u>Alternate address:</u>
4444 Broad River Road
Columbia, South Carolina 29210
Both individual and official Capacity

<u>Defendant No. 6</u>
Contraband Correctional Officer "DeGroff"
Contraband Correctional Officer
The South Carolina Department of Corrections
4460 Broad River Road
Columbia, South Carolina 29210

    Alternate address:
4444 Broad River Road
Columbia, SC 29210
Both individual and Official Capacity

Defendant No. 7
Correctional Officer "Maddox"
Correctional Officer
The South Carolina Department of Corrections
4460 Broad River Road
Columbia, South Carolina, 29210
    Both individual and Official Capacity

P.#5

Defendant No. 7

Alternate address: 4444 Broad River Road
Columbia, SC 29210

Defendant No. 8

The South Carolina Department of Corrections,
Department of Mental Health / Behavior Health Services
Office
The South Carolina Department of Corrections
4444 Broad River Road
Columbia, South Carolina 29210
    Both individual and Offical Capacity

Defendant No. 9

Sholanda Jackson
Mental Health Officer
The South Carolina Department of Corrections, Department of
Mental Health / Behavioral health Services
4460 Broad River Road
Columbia, South Carolina 29210
        Alternate address:
4444 Broad River Road
Columbia, South Carolina 29210
    Both Individual and Offical Capacity

Defendant No. 10
Mental Health Officer "HUGHES"
Mental Health Officer
The South Carolina Department of Corrections, Department of
Mental Health / Behavioral Health Services
4460 Broad River Road
Columbia, South Carolina 29210
        Both Individual and Offical Capacity

p#6

Defendant No. 10

Alternate address: 4444 Broad River Road
Columbia, South Carolina 29210

Defendant No. 11

Qualified Mental Health Personnel "Thomas"
Qualified Mental Health Personnel
The South Carolina Department of Corrections, Department of Mental Health / Behavioral Health Services
4460 Broad River Road
Columbia, SC 29210
Both individual and offical Capacity
Alternate address
4444 Broad River Road
Columbia, SC 29210

Defendent No: 12
Qualified Mental Health Personnel "Fouty"
Qualified Mental Health Personnel
The South Carolina Department of Corrections, Department of Mental Health / Behavioral Health Services
4460 Broad River Road
Columbia, South Carolina 29210
Both individual and Official Capacity
Alternate address:
4444 Broad River Road
Columbia, South Carolina 29210

p.#7

Defendant No. 13
Qualified Mental Health Personnel "Tolsen"
Qualified Mental Health Personnel
The South Carolina Department of Corrections, Department of Mental Health / Behavioral Health Services
Lee County Correctional Institution
990 Wisacky Highway
Bishopville, SC 29010
           Both Individually and Offical Capacity

Alternate address:
4444 Broad River Road
Columbia, SC 29210

Defendant No. 14
The South Carolina Department of Corrections, Department of Medical Services, Office
The South Carolina Department of Corrections
4444 Broad River Road
Columbia, South Carolina 29210
           Both Individually and Offical Capacity

Defendant No. 15
  License Physician, Doctor Bruce Lobitz
The South Carolina Department of Corrections, Department of Medical Services, Office
4460 Broad River Road
Columbia, SC 29210
           Both Individual and Official Capacity

   Alternate address
4444 Broad River Road; Columbia, SC 29210

Defendant No. 16
Viola Thorton
Nurse
The South Carolina Department of Corrections, Department of Medical Services, Office
4460 Broad River Road
Columbia, South Carolina 29210
　　　　Both Individual and Offical Capacity
　　Alternate address:
4444 Broad River Road
Columbia, SC 29210

Defendant No 17.
Nurse "Massey"
Nurse
The South Carolina Department of Corrections, Department of Medical Services, Office
4460 Broad River Road
Columbia, South Carolina 29210
　　　　Both individually and Offically Capacity
Alternate address:
4444 Broad River Road
Columbia, SC. 29210

Defendant No. 18
Nurse "Harris"
Nurse
The South Carolina Department of Corrections, Department of Medical Services, Office
4460 Broad River Road, Columbia, SC 29210

p.#9

Defendant No. 18

Both Individual and Offical Capacity
    Alternative address

4444 Broad River Road
Columbia, South Carolina 29210

Defendant No. 19

The South Carolina Department of Corrections, Department of Medical Services, Director
Director
The South Carolina Department of Corrections, Department of Medical Services
4444 Broad River Road
Columbia, SC 29210    Both individual and offical Capacity

Defendant No. 20

Office of General Counsel
General Counsel
The South Carolina Department of Corrections
4444 Broad River Road
Columbia, SC, 29210
    Both individual and offical Capacity

Defendant No. 21

The South Carolina Department of Labor, Licensing, and Regulation, State Board of Medical Examiners
110 Center View Drive, Suit 202
Columbia, South Carolina, 29210
    p#10    Both individually and official Capacity

**Defendant No. 22**

Jessica Beise
Board Execitive
The South Carolina Department of Labor, Licensing, and regulation, State Board of Medical Examiners
110 Centerview Drive, Suit 202
Columbia, South Carolina 29210
          Both individual and official Capacity

**Defendant No. 23**

Prisma Health Hospital, of Columbia, South Carolina
Richland County

          Both individual and offical Capacity

**Defendant No. 24**

Prisma Health Hospital
Sergeon, Servants, License Physicans, and Employees
John Does 1-5
Prisma Health Hospital, of Columbia, South Carolina, Richland County

          Both Individual and Offical Capacity

p.# 11

Defendant No. 25

IMAGE CARE LLC.
710 Rabon Road
Columbia, South Carolina
      Both Individual and Offical Capacity

Defendant No. 26

IMAGE CARE LLC.; Radiologist, Licences Physicans, and employees, Servants; John Does 1-5
710 Rabon Road
Columbia, South Carolina
      Both Individual and Offical Capacity

II BASIS for Jurisdiction

A. State or local Officials (a § 1983)

(1) B. MY First Amendment Constitutional Right to have Control of my own Body and Cognitive thoughts, and Due Process Clause and Intrest Protected by the First amendment

(2) Unreasonable Search and Seizures of Information Stored in my mind, and Cognitive Liberty is being Violated by way of a Wireless medical Device, implanted During a Septoplasty Surgey illegally, not listed in my medical Records, utilizing Artifical Intelligence and Machine Learning / Deep Learning technology, and Public Officals Sharing my personal Information, thoughts, Silent evoked Utterences, and intimate Images, by Coupling Brain Wave activity, with Pattern recognition Algorithms as Neural Decoders to an implanted medical Device, to a Brain-Computer Interface System that picks up Signals from the Wireless medical Device, and Shared among other individuals,

p.# 12

II Basis for Jurisdiction
(B)(2)

and as Specific thoughts, Silent evoked Utterences, and recalled Memories Cross my train of thought, I Can hear distinct Public Officals and Inmates Conversing to distinct details as Soon as the thought Crosses my mind and Train of thought Process of which No Individual Should have Knowledge of, or able to describe images to, including Intimate Images of my wife, and recalled Memories, For Someone with Political Power, and Influence Continues to order and allow these Officals to torment me, and is Putting my Safety and life in Danger by allowing these State and local officals to Share Certain Knowledge with Convicted Prisoner Inmates In the General Population, and These State and local officals Denying my Request to be Placed In State wide Protective Custody, Trying to Cover up a Medical Malpractice Lawsuit, because after a foreign object became lodged on my right Side Administration began to Torment me, and revealed this truth over a long Period of time. I began to research of How this to be Capable and found this to be Possible of an Article: 64 Stanford Law Review 351; Article; Incriminating thoughts; Copyright 2012 The Board of Trustees of the Leland Stanford Junior University; By Nita A Farahany. People Controling this Medical Device, Describing distinct locations of my body, Sending Evoked Potentials, Pain Sensation to the described location, and are laughing about Causing me Physical Pains in my body.

p.#13

II Basis for Jurisdiction
(B) (3)

My Eight Amendment Right to be free of Cruel and Unusal Punishment; State and local Officals acting under Color and Code, Operating within the Scope of their Offically assigned and/or Compensated duties, Purposely are causing me Phychological Injury, mental anguish, emotional Distress, Pain and Suffering, damage to my reputation, and loss of enjoyment of my every day, day to day life, and by listening, know this Device is Capable of monitoring my entire Neurlogical System, and know medical Services has Knowledge to my Constant Pain on my right Side, which is described to be Part of this medical Device as a whole of opperating Correctly.

(D)

each and all State and local Officals have acted under Color of Statute, Ordinance, regulation, Custom of the State of South Carolina local State and Federal Laws BY Violating my United States Constitutional Rights while Operating within the Scope of their Officially assigned and Compensated Duties, oweing me a Duty of Care, while in the Care, Custody, and Control of the South Carolina Department of Corrections, and are negligent, grossly negligent, and reckless in breaching this Duty, refusing to exercise due care or even Slight Care to Plaintiff, Frye.

III Prisoner Status
   Convicted and Sentenced State Prisoner

p.#14

IV. Statement of Claim

A. The events giving rise to my claim arose when I went to have a Septoplasty Surgery Preformed at Prisma Health Hospital on October 11, 2022, While In the Care, Custody, and Control, of the South Carolina Department of Correction.

B. The event giving rise of being tormented and Personal Information Shared amoung Public Officals and Convicted Prisoner Inmates arose at Evans Correctional Institution around March 2023

C. March 2023

D. P. # 12-14  II Basis for Jurisdiction, (B)(2) and (3) Summarizes the Facts underlying Plaintiffs Claims.

V. Injuries

I, Plaintiff, Frye, Sustained Injuries of Psychological Injury, mental anguish, humiliation, emotional distress, Pain and Suffering damage to reputation, loss of enjoyment of life, and need to have a Surgical Proceedure Preformed to remove the foreign object lodged on my right Side and the medical Device Implanted that Can detect Brain Wave Activity, not listed In my medical Records from the described Septoplasty Surgery Preformed on October 11, 2022

p.# 15

Relief VI.

Requesting a Court Order to have a Proper Medical Procedure Preformed outside the State Governments Control to uncover these truths due to Whom has Such Political Power and Influence of trying to Cover this Medical Device and Technology up, including Monatary/money Damages to Compensate all Injuries Sustained, be Calculated by a Jury of fair Compensation of damages and injuries. Known and unknown, Forseen and Unforseen, including Physical Injury, Physical imparment and disfigurement, Physical Pain and Suffering, psychological injury, mental anguish, humiliation, emotional Distress, lost Wages, medical expenses, economic loss, Damage to reputation, impairment of earning Capacity, loss of enjoyment of life, Cosmetic damages, Punitive and/or exemplary, Intrest, Court fees, and Attorney Fees, Sickness, Neurological Damage, ECt...; Ensure State-Wide Protective Custody and Safety.

VII Prison Litigation reform Act / Administrative remedies

  A. Yes. The South Carolina Department of Corrections, at Evans Correctional Institution, March 2023
  B. Yes
  C. Do Not Know
  D. Yes, but after being transfered to another Institution

p.#16

(1) E. On the Kiosk, and on a Paper Grievance, at Lee County CI after the medical Device was exposed and revealed to me by administrational, Public Correctional Officers

(2) I feared for my life that administrational Staff were Sharing my Personal Information with Inmates.

(3) I was over all Denied.

(4) Sent a request to the Grievance Branch Chief, Copy enclosed, and request to Exahaust both my Step one and Step two administrative remidies inregards to, doing this on the Kiosk

(1) F. Not a first because I feared for my life and Safety.

G Exhibit Attached, made Paper request due to Administration not Providing Correct forms at request.

VIII. Previous Lawsuit
    NO.
    A. NO
    B.
    C. NO

p.#17

EXHIBIT A

# SOUTH CAROLINA DEPARTMENT OF CORRECTIONS
## OFFICE OF THE DIRECTOR
## INMATE CORRESPONDENCE

INMATE:         Marion Frye (375354)

INSTITUTION:    Lee Correctional Institution, F7N-0039-B

FROM:           Office of the Director

SUBJECT:        Request to Staff Member Received

DATE:           June 20, 2023

I am in receipt of your inmate correspondence/Request to Staff Member. Your correspondence is being rejected in accordance to SCDC Policy, GA-06.04, Request to Staff Member and returned to you for the following reasons:

- ☒ Inmates must use the correct form (Request to Staff Member SCDC 19-11) and attachments will not be accepted.

- o  Inmates are only allowed to submit one issue per RTSM, which must be written legibly (to the appropriate area) and must be limited to a single sheet.

- o  Inmates are prohibited from sending duplicate or similar RTSM to multiple staff members.

- ☒ Your request should be directed through the appropriate institutional/divisional staff. Major / Associate Warden

- o  The RTSM is intended for use by an individual inmate (An inmate may not send a RTSM form from multiple inmates).

- o  You will have to enter your concerns through the KIOSK Automated Request to Staff System.

S/ *Ms. Stubbs*
Office of the Director

If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

_____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: May 14, 2024

Signature of Plaintiff: Marion Wade Frye
Printed Name of Plaintiff: MARION WADE Frye
Prison Identification #: 375354
Prison Address: 200 prison Road
Enoree    South Carolina    29335
City          State           Zip Code

### B. For Attorneys

Date of signing: _____, 20__.

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____

12